**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KIMBERLY HAHN | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-1843 |
| | * | |
| N & G CAPITAL, LLC, ET AL. | * | |
| ****** | | |

**ORDER**

As stated in court, it is, this 17th day of October 2013

ORDERED that damages are awarded in favor of plaintiff against defendant in the following amounts:

Compensatory damages - $7,500

Attorney's fees - $4,500

                                                   __/s/_____
                                                   J. Frederick Motz
                                                   United States District Judge